

RECEIVED

AUG 1 2 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JASMINE DAMARQONAE BRADLEY | CIVIL ACTION NO. 15-cv-0649 |
| VERSUS | JUDGE WALTER |
| STEVEN MILLER | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___5___ day of ___August___, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE